without being joined by any one else. R. E. Horine was an absolute stranger to the election contest until he filed his petition to intervene, long after the notice of contest had been served and long after the election contest had been filed. He had in no way complied with the requirements of the statute authorizing him to maintain an election contest.

We find it unnecessary to go into the other questions raised, as there was no proper contestant in the suit below and there is no proper appellant here, after the original contestant, J. E. Hightower, nonsuited the election contest instituted by him.

Accordingly, the judgment below, which refused Horine any relief, will not be here disturbed, but will be affirmed.

the minds of the members of this court and the case was certified to the Supreme Court upon the controlling questions. The questions certified have been answered by the Supreme Court to the effect that appellee, E. S. Burgess, is personally liable upon the paving certificate sued upon in the cross-action of appellant and that appellant is also entitled to foreclosure of his statutory paving lien. 120 S.W.2d 788. The opinion of the Supreme Court disposes of the principal issues in the case and requires a reversal of the judgment. Since the case seems to have been fully developed upon the trial, the judgment of the trial court will be reversed and judgment here rendered in favor of appellant for the amount sued for in his cross-action or the paving certificate, together with a foreclosure of the statutory paving lien and all costs incurred.

## CURRIE v. BURGESS et al.
### No. 4622.

Court of Civil Appeals of Texas. Amarillo. Dec. 19, 1938.

Darrell L. Jackson, of Amarillo, for appellant.

F. A. Cooper, of Amarillo, for appellee.

STOKES, Justice.

This case was submitted in this court January 8, 1936. Proper disposition of the questions presented involved some doubt in

## THOMAS v. BAPTIST FOUNDATION OF TEXAS.
### No. 13841.

Court of Civil Appeals of Texas. Fort Worth.

Dec. 16, 1938.

Rehearing Denied Jan. 13, 1939.

